```
        IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                 JONESBORO DIVISION
```

THERESSA BEDFORD

vs.                              NO. 3:08CV00192 SWW

FLASH MARKET, INC.

**ORDER**

Before the Court is a joint motion for a continuance of the trial [doc #10] in the above matter previously scheduled for October 19, 2009. The Court finds that, for good cause shown, the motion should be, and it hereby is, **granted**.

The trial of this matter is rescheduled for trial to a jury during the week beginning **MONDAY, APRIL 19, 2010,** commencing at *1:30 p.m.*, *in JONESBORO*, Arkansas. Counsel should be present 30 minutes prior to the time of trial.

The Court will extend the deadlines set by its previous order in this matter. The deadline for the completion of discovery is extended to *February 22, 2010*, and all motions are to be filed no later than *March 8, 2010.* Pretrial disclosure sheets shall be filed by *March 22, 2010.*

All other deadlines remain as previously scheduled and consistent with the new trial date.

IT IS SO ORDERED this 30th day of July 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE