# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

THERESSA BEDFORD

vs.                                    NO. 3:08CV00192   SWW

FLASH MARKET, INC.

**ORDER**

Before the Court is an unopposed motion for a continuance of the trial [doc #15] and an amended unopposed motion for continuance [doc #16] in the above matter previously scheduled for April 19, 2010. The Court finds that, for good cause shown, the motions should be, and they hereby are, **granted**.

The trial of this matter is rescheduled for trial to a jury during the week beginning ***MONDAY, JANUARY 3, 2011,*** commencing at ***1:30 p.m.***, ***in JONESBORO***, Arkansas. Counsel should be present 30 minutes prior to the time of trial.

The Court will extend the deadlines set by its previous order in this matter as follows: The deadline for the completion of discovery is extended to ***August 2, 2010***, and all motions are to be filed no later than ***September 6, 2010.*** Pretrial disclosure sheets shall be filed by ***December 6, 2010.***

All other deadlines remain as previously scheduled and consistent with the new trial date.

IT IS SO ORDERED this 23rd day of February 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE