IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

THERESSA BEDFORD                                                             PLAINTIFF

v.                               3:08-CV-00192-SWW

FLASH MARKET, INC.                                                            DEFENDANT

## ORDER OF DISMISSAL

Notice has been provided that the parties have settled. Therefore, this case is dismissed with prejudice. Jurisdiction is retained for 30 days to permit the parties to complete the terms of the settlement.

IT IS SO ORDERED this 16th day of September 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE